AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

**Southern** DISTRICT OF **Texas**

AUG 2 0 2001

Michael N. Milby, Clerk of Court

UNITED STATES OF AMERICA

v.

Lornezo Salinas
a/k/a, "El Lore"

**CRIMINAL COMPLAINT**

CASE NUMBER: M-01-2549-M

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.  On or about __July 28, 2001__ in __Hidalgo__ county, in the __Southern__ District of __Texas__ defendant(s) did, (Track Statutory Language of Offense)

unlawfully, knowingly and intentionally move or travel in interstate or foreign commerce from the state of Texas, with intent to avoid prosecution or custody for the charge of Murder, in violation of Texas Penal Code.

in violation of Title __18__ United States Code, Section(s) __1073__.

I further state that I am a(n) __Special Agent of the FBI__ and that this complaint is based on the following facts:
<sub>Official Title</sub>

See Attached Affidavit hereby incorporated by reference as if fully restated herein.

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

_____
Signature of Complainant
James E. Egelston
Special Agent
Federal Bureau of Investigation

Sworn to before me and subscribed in my presence,

__8/20/01__ at __McAllen, Texas__
Date                                                       City and State

Dorina Ramos, United States Magistrate Judge
Name & Title of Judicial Officer

_____
Signature of Judicial Officer

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

MCALLEN DIVISION

AFFIDAVIT OF JAMES E. EGELSTON

The said affiant having been duly sworn, deposes and says:

1. I, James E. Egelston, am a Special Agent (SA) of the Federal Bureau of Investigation (FBI), currently assigned to the McAllen Resident Agency of the San Antonio Division. I have been employed as a Special Agent of the FBI for more than ten years and during that time I have been involved in the investigation of various violent crimes and numerous fugitive cases.

2. The information contained in this affidavit is based on investigations in which I have been personally involved as well as investigations conducted by other law enforcement officers.

3. On Saturday, July 28, 2001, Geronimo Morales and his twenty one month old daughter, Leslie Ann Morales, were supposed to attend a Quinceanera. Morales and his daughter were last seen by family members leaving Morales' residence in Hidalgo County, Texas on July 28, 2001 at approximately 9:30 p.m. in his gray 2001 Chevrolet Malibu. Morales and his daughter never arrived at the Quinceanera. Members of Morales family attempted to find him

and his daughter through the night of July 28, 2001 and into the early morning hours of Sunday, July 29, 2001. All efforts to locate Morales and his daughter met with negative results.

4. On Sunday, July 29, 2001 at approximately 10:51 a.m., Morales' wife, Claudia Morales, contacted the Hidalgo County Sheriff's Department (HCSD) to report that her husband and daughter were missing. A copy of this report is attached.

5. On Sunday, July 29, 2001, at approximately 7:40 p.m., Agents of the United States Border Patrol (USBP) found the body of a little girl strapped in a car seat near a canal near the entrance to La Lomita Mission in Mission, Texas. The Mission Police Department (MPD) was contacted. A copy of the MPD report regarding this incident is attached. Investigation determined the little girl was in fact Leslie Ann Morales and that she had apparently died of exposure.

6. During the evening hours of July 29, 2001, the Municipal Police of Reynosa, Tamaulipas, Mexico received a report that three men were attempting to sell a newer model car in a Colonia in Reynosa. Upon investigation, the police located the men and the car. When the police approached, the men fled in the car and the police pursued them. The men abandoned the car and fled on foot. The police officers reported one of the men was

carrying a shotgun. The police officers also reported they recognized the men as individuals known to the police only by their nicknames, "El Freddy", "El Lore" and "El Bernabe" (phonetic). The police recovered the car, a gray 2001 Chevrolet Malibu, but the men escaped.

7. During the early morning hours of Monday, July 30, 2001, after identifying the body of her daughter, Claudia Morales went to the Municipal Police of Reynosa to report that her daughter had been killed and that her husband and his car were missing. It was determined that the car that had been recovered after the pursuit described above was in fact the car of Geronimo Morales.

8. Sometime later on July 30, 2001, a confidential informant (CI) identified "El Freddy" as Jorge Alfredo Salinas, a white male born on January 4, 1984. The source identified "El Lore" as Lorenzo Salinas, a white male born on born on August 30, 1979 and the brother of Jorge Alfredo Salinas. The source reported that Jorge Alfredo Salinas, Lorenzo Salinas and a third man, unknown to the source, had been in Reynosa on Saturday, July 28, 2001. The source reported that the three men had been in a car similar to Geronimo Morales' car and that they had been chased by the police. The source reported that Jorge Alfredo Salinas had returned to the United States but Lorenzo Salinas and

the third man had remained in Reynosa.

9. On Wednesday, August 1, 2001, the MPD received a telephone tip through Crime Stoppers which led to the recovery of Geronimo Morales' body which had been dumped in a field in an unincorporated area of Hidalgo County. Morales had apparently been dead for several days and had been shot in the back of the head at point blank range with a shotgun.

10. On Thursday, August 2, 2001, Investigator Martin Trevino, filed a complaint charging Lorenzo Salinas with the capital offense of Murder, a felony in violation of Texas Penal Code 19.03. Based upon that complaint, a warrant for the arrest of Lorenzo Salinas was issued on August 2, 2001 by Mary Alice Palacios, Justice of the Peace, Hidalgo County, Texas. A copy of the complaint and warrant are attached.

11. On Friday, August 3, 2001, Jorge Alfredo Salinas surrendered himself to the HCSD. Later that day, Salinas stated that he and a man Salinas identified as Jose Luis Dominguez, also known as "L.A.", had gone to the intersection of Five Mile Line Road and Western Road in Hidalgo County on the night of Saturday, July 28, 2001, with the intention of committing a car jacking. Salinas stated Dominguez was armed with a shotgun. Salinas stated that he and Dominguez did in fact commit a car jacking

involving a man and a baby. Salinas stated Dominguez shot the man and that the man's body was left in a field. Salinas stated he and Dominguez then picked up Lorenzo Salinas in the victim's car. Salinas stated the baby was later abandoned near a canal. Salinas stated he, Lorenzo Salinas and Dominguez then drove to Reynosa in the victim's car where they attempted to sell the car and other valuables that had been taken from the victim. Sergeant Mario Castillo of the HCSD prepared a written statement based upon the information provided by Jorge Alfredo Salinas which was signed by Salinas. A copy of this statement is attached.

12. Investigation by the HCSD determined the man Salinas had identified as Jose Luis Dominguez is in fact Oscar Villa Sevilla, a white male born on August 16, 1980.

13. On Friday, August 3, 2001, Investigator Martin Trevino, filed a complaint charging Oscar Sevilla with the capital offense of Murder, a felony in violation of Texas Penal Code 19.03. Based upon that complaint, a warrant for the arrest of Sevilla was issued on August 3, 2001 by Mary Alice Palacios, Justice of the Peace, Hidalgo County, Texas. A copy of the complaint and warrant are attached.

14. On August 17, 2001, Sofia Arizpe, Assistant District

Attorney, Hidalgo County District Attorney's office, issued a letter requesting the assistance of the FBI in locating and apprehending Lorenzo Salinas and Oscar Villa Sevilla. A copy of this letter is attached.

15. Based on the foregoing information, there is probable cause to believe that Lorenzo Salinas has fled the state of Texas to avoid prosecution on the charge of Murder, in violation of Title 18, United States Code, Section 1073.

_____
James E. Egelston
Special Agent
Federal Bureau of Investigation


Sworn to and subscribed before me this 20th day of August, 2001.
_____
United States Magistrate Judge